CLOSED

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**German Acosta-Saravia**

Citizen of Honduras

USM#: 72045-208        DOB: 1976

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10458-001M-SD

Matthew Johnson (AFPD)
Attorney for Defendant

ICE#: A96 193 574

**THE DEFENDANT ENTERED A PLEA OF** guilty on 7/23/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of NINETY (90) DAYS on Count TWO, with credit for time served.

**IT IS FURTHER ORDERED** that all remaining counts are dismissed on motion of the United States.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted        **FINE:** $        **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

**07-10458-001M-SD**  Page 2 of 2
USA vs. German Acosta-Saravia

Date of Imposition of Sentence: **Monday, July 23, 2007**

_____ Date 7/23/2007 _____
JAY R. IRWIN, United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                          Deputy Marshal
07-10458-001M-SD -

DATE: 7/23/2007   CASE NUMBER: 07-10458-001M-SD

## PLEA/SENTENCING MINUTES

USA vs. German Acosta-Saravia

U.S. MAGISTRATE JUDGE: JAY R. IRWIN   Judge #: 70BK
U.S. Attorney _____
INTERPRETER REQ'D  Ricardo Gonzalez
LANGUAGE: Spanish
Attorney for Defendant  Matthew Johnson (AFPD)

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☐ RELEASED  ☒ CUSTODY

DOA 7/21/07   ☒ Complaint Filed   ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☒ Initial Appearance

**DETENTION HEARING:**   ☐ Held ☐ Cont'd ☐ Reset ☐ UA
Set for: before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released (see order setting cond of rel)   ☐ Bail set at $_____
☐ Defendant continued detained pending trial   ☐ Flight Risk   ☐ Danger

**PLEA HEARING:**   ☒ Held ☐ Cont'd ☐ Reset
Set for: before:
☐ Consent to be tried by a Magistrate Judge signed  ☐ Class A Misd  ☐ Class B Misd  ☐ Class C Misd
☐ Consent of Defendant  ☐ Information filed _____  ☐ Complaint filed _____
☒ Defendant sworn and examined by the Court  ☒ Plea of Guilty  ☐ Not Guilty  ☒ Entered to Counts TWO
☐ Defendant states true name to be ____. Further proceedings ORDERED in defendant's true name.
☒ Plea of Guilty entered as to Ct(s) TWO of the ☐ Information ☐ Indictment ☒ Complaint
☒ Court recommends/or accepts defendant's plea and finds plea to be freely and voluntarily given.
☐ Plea agreement: ☐Lodged ☐ Filed ☐ Sealed
☐ Court does not accept defendant's plea of guilty because _____
☐ PSI ORDERED  ☐ EXPEDITED  ☒ PSI waived  ☐ Time waived for passage of sentence
☐ Continued for sentence to __ before _____
☒ To be dismissed upon entry of the judgment, Ct(s) ONE
☒ ORDER vacate trial date/motion hearing/mtns moot
☐ ORDER defendant remain released pending sentence   ☒ remanded to USM

**SENTENCING:**
☒ Defendant committed to Bureau of Prisons for a period of 90 days   ☐ Probation/Supervised Release for _____
☒ Special Assessment $ REMITTED   ☐ Fine $_____   ☐ Restitution $_____
Other: _____

RECORDED: CS
BY: Angela J. Tuohy, Deputy Clerk

UNITED STATES DISTRICT COURT                          MAGISTRATE JUDGE'S MINUTES
DISTRICT OF ARIZONA - Yuma

DATE: 7/22/07            CASE NUMBER:  07-10458M-001

USA vs. German Acosta-Saravia

U.S. MAGISTRATE JUDGE: MARK W REEVES FOR JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____     INTERPRETER  Ricardo Gonzalez
                                            LANGUAGE    Spanish
Attorney for Defendant __
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA  7/21/07              ☒ Initial Appearance           ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn              ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)            ☐ Defendant states true name to be __. Further proceedings ORDERED
                             in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Appointment of counsel, plea and possible sentence set for 7/23/07 at 2:00 pm before Magistrate Judge Irwin.

Recorded by Courtsmart (2 min)
BY: Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
German ACOSTA-Saravia
Citizen of Honduras
YOB: 1976
A96 193 574
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10458M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about May 14, 2007, Defendant German ACOSTA-Saravia was arrested and removed from the United States to Honduras through the port of San Antonio, Texas, in pursuance of law, and thereafter on or about July 21, 2007, Defendant was found in the United States near Andrade, California within the Southern District of California, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about July 21, 2007, within the Southern District of California, Defendant German ACOSTA-Saravia, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.    ☒ Yes  ☐ No

Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

July 22, 2007                              at        Yuma, Arizona
Date                                                  City and State

James Montgomery, Acting U.S. Magistrate
Name & Title of Judicial Officer                      Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant:                     German ACOSTA-Saravia

Dependents:                    3 USC

**IMMIGRATION HISTORY:**    The Defendant was last removed through San Antonio, Texas on May 14, 2007.  **The Defendant has been apprehended 10 times by immigration officials.**

**EXCLUDED on 04/09/03 through Phoenix, Arizona**
**EXCLUDED on 08/27/03 through Phoenix, Arizona**
**EXCLUDED on 11/05/03 through Calexico, California**
**EXCLUDED on 05/31/06 through Phoenix, Arizona**
**EXCLUDED on 05/14/07 through San Antonio, Texas**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 07/31/00 | Riverside, CA S.O. | Charge 1: Poss CNTL SUB, Charge 2: False ID to specific peace officers | Unknown |
| 08/02/00 | CAMC Indio, CA | Obstruct Resists Public Officers | Jail: 1 Day |
| 06/11/02 | Bakersfield, CA S.O. | Poss CNTL SUB | Jail: 18 Days, 3 years probation, Fine: $180.00 |
| 08/26/02 | Bakersfield, CA S.O. | Charge 1: Poss CNTL SUB, Charge 2: Disorderly Conduct: INTOX Drug/Alcohol | Jail: SS 1 month jail, 3 years probation |
| 08/13/04 | Bakersfield, CA Superior Court | Charge 1: Petty Theft, Charge 2: Failure to appear after written promise | Jail: 4 Days, 3 years probation, FINE: $ 500.00 |
| 08/17/06 | CAMC Indio, CA | PC-Batt: Noncohab Former Spouse/Cohab | Jail: 14 Days, 36 Months Probation, FINE: $ 705.00 |

**Narrative:** The Defendant, a citizen of Honduras and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Honduras and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on July 21, 2007.

**Charges:** 8 USC§1326    (Felony)
8 USC§1325    (Misdemeanor)

_Maria Xxxxxx_
Signature of Complainant

Sworn to before me and subscribed in my presence,

July 22, 2007
Date

_[signature]_
Signature of Judicial Officer

## *Probable Cause Statement*

*I, Senior Patrol Agent Mario Guerrero, declare under penalty of perjury, the following is true and correct:*

Defendant:             German ACOSTA-Saravia

Dependents:            3 USC

**IMMIGRATION HISTORY:**   The Defendant was last removed through San Antonio, Texas on May 14, 2007. **The Defendant has been apprehended 10 times by immigration officials.**

**EXCLUDED on 04/09/03 through Phoenix, Arizona**
**EXCLUDED on 08/27/03 through Phoenix, Arizona**
**EXCLUDED on 11/05/03 through Calexico, California**
**EXCLUDED on 05/31/06 through Phoenix, Arizona**
**EXCLUDED on 05/14/07 through San Antonio, Texas**

**CRIMINAL HISTORY:**

| DATE/LOCATION | | OFFENSE | DISPOSITION |
|---|---|---|---|
| 07/31/00 | Riverside, CA S.O. | Charge 1:Poss CNTL SUB, Charge 2: False ID to specific peace officers | Unknown |
| 08/02/00 | CAMC Indio, CA | Obstruct Resists Public Officers | Jail: 1 Day |
| 06/11/02 | Bakersfield, CA S.O. | Poss CNTL SUB | Jail: 18 Days, 3 years probation, Fine: $180.00 |
| 08/26/02 | Bakersfield, CA S.O. | Charge 1: Poss CNTL SUB, Charge 2: Disorderly Conduct: INTOX Drug/Alcohol | Jail: SS 1 month jail, 3 years probation |
| 08/13/04 | Bakersfield, CA Superior Court | Charge 1: Petty Theft, Charge 2: Failure to appear after written promise | Jail: 4 Days, 3 years probation, FINE: $ 500.00 |
| 08/17/06 | CAMC Indio, CA | PC-Batt: Noncohab Former Spouse/Cohab | Jail: 14 Days, 36 Months Probation, FINE: $ 705.00 |

Narrative:   The Defendant, a citizen of Honduras and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Honduras and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

'The Defendant last entered the United States illegally without inspection near Andrade, California on July 21, 2007.

Executed on: Date __July 22, 2007__    Time: _____8:41 AM_____

Signed: _____*Mario Lucuello*_____ Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of two page(s), I find probable cause to believe that the defendant(s) named therein committed the offense on July 21, 2007 in violation of Title 8, United States Code, Section(s) 1326 and 1325.

Finding made on: Date __7/22/07__    Time __10:55 AM__

Signed: _____ United States Magistrate Judge